**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JOSHUA BRODSKY, | ) | 3:15-CV-0486-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | September 19, 2016 |
| | ) | |
| ARRINDGER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN       REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to delay mediation (ECF No. 19) is **GRANTED**. The mediation conference set for October 21, 2016 shall be reset to a date and time convenient to the court after November 1, 2016.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:         /s/
Deputy Clerk